Donna M. Mezias (State Bar No. 111902)
Theresa M. Langa (State Bar No. 212740)
Melissa Griffin (State Bar No. 235942)
JONES DAY
555 California Street
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendants
FEDERATED DEPARTMENT STORES and
MACY'S WEST, AN UNINCORPORATED DIVISION
OF MACY'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | No. 2:05-CV-01249-MCE-KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| vs. | |
| MACY'S DEPARTMENT STORES, INC.; FEDERATED WESTERN PROPERTIES, INC., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41 and Rule 83-143 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff James Sanford ("Plaintiff"), and Defendants Macy's West, an unincorporated division of Macy's Department Stores, Inc. (erroneously sued as "Macy's Department Stores") and Federated Department Stores, Inc. (erroneously sued as "Federated Western Properties, Inc.") (collectively "Defendants") hereby stipulate that the above-captioned action be discontinued and dismissed WITH PREJUDICE in its entirety, as Plaintiff's claims were barred under the Consent Decrees entered in the cases filed in the United States District Court for the Northern District of California and styled *Camalo v. Macy's West Inc.,* Case No. C98-02350 MHP/BZ and *CDR v. Macy's West Inc.*, Case No. C99-

PDF created with pdfFactory trial version www.pdffactory.com

5184 MHP.  The Parties further stipulate that each party shall bear its own attorneys' fees and costs.

DATED: January 23, 2006                    LAW OFFICES OF LYNN HUBBARD

                                           _____/S/_____
                                           LYNN HUBBARD III
                                           Attorney for Plaintiff JAMES SANFORD


DATED: January 27, 2006                    JONES DAY

                                           _____/S/_____
                                           DONNA MEZIAS
                                           Attorney for Defendants FEDERATED
                                           DEPARTMENT STORES and MACY'S
                                           WEST, AN UNINCORPORATED DIVISION
                                           OF MACY'S DEPARTMENT STORES, INC.

**IT IS SO ORDERED.**

DATED: February 3, 2006

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

2